IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,               No. CR S-01-0104 FCD GGH P

      vs.

HILTON OBRYON OSBY,

      Movant.            FINDINGS & RECOMMENDATIONS

_____/

      By order filed March 11, 2005, movant's application was dismissed and thirty days leave to file a motion pursuant to 28 U.S.C. Section 2255 was granted. The thirty day period has now expired, and plaintiff has not filed a motion or otherwise responded to the court's order.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, movant may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Movant is advised that failure to file objections within the

1

1   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2   F.2d 1153 (9th Cir. 1991).

3   DATED: 5/17/05

4

5                                                          /s/ Gregory G. Hollows

                                                         _____

6   osby0104.fta                                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26