

FILED
OCT 16 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HILTON OBRYON OSBY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HILTON OBRYON OSBY,<br><br>　　　　　Defendant. | No. Cr. S 01-104 FCD<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE** |

　　　Defendant, HILTON OBRYON OSBY, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Samuel Wong, hereby stipulate as follows:

　　　1.　Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　2.　The sentencing range applicable to Mr. Osby was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

3. Accordingly, Mr. Osby's adjusted offense level has been reduced from 31 to 29, and a sentence for the drug count at the mandatory minimum would be 120 months;

4. Mr. Osby merits a reduction in his sentence based on the factors listed in 18 U.S.C. § 3553(a), as well as considerations of public safety and Mr. Osby's positive post-sentencing conduct;

5. Accordingly, the parties request the court to enter the order lodged herewith resentencing to a term of 120 months on the drug count, and a term of 60 months on the gun count, to be served consecutively, for an aggregate term of 180 months.

Dated: October 14, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR SCOTT<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ Samuel Wong<br>SAMUEL WONG<br>Assistant U.S. Attorney | /s/ David M. Porter<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>HILTON OBRYON OSBY |

I understand and acknowledge that the relief sought by way of this stipulation, that is the reduction of my sentence on the drug count to 120 months, is the only relief I will receive as a result of this motion, and that the separate and consecutive sentence of 60 months on the gun count remains unaffected. To the extent my motion filed on May 27, 2008, is construed as a separate challenge to my conviction and sentence on the gun count, I hereby withdraw it.

Dated: September ___, 2008

                                                                    _____
                                                                    HILTON OBRYON OSBY

STIPULATION AND ORDER TO REDUCE SENTENCE
-2-

1    3.   Accordingly, Mr. Osby's adjusted offense level has been
2 reduced from 31 to 29, and a sentence for the drug count at the
3 mandatory minimum would be 120 months;

4    4.   Mr. Osby merits a reduction in his sentence based on the
5 factors listed in 18 U.S.C. § 3553(a), as well as considerations of
6 public safety and Mr. Osby's positive post-sentencing conduct;

7    5.   Accordingly, the parties request the court to enter the order
8 lodged herewith resentencing to a term of 120 months on the drug count,
9 and a term of 60 months on the gun count, to be served consecutively,
10 for an aggregate term of 180 months.

11 Dated: September ___, 2008

12 Respectfully submitted,

13 McGREGOR SCOTT                          DANIEL J. BRODERICK
   United States Attorney                  Federal Defender
14
15
16 SAMUEL WONG                             DAVID M. PORTER
   Assistant U.S. Attorney                 Assistant Federal Defender
17
   Attorney for Plaintiff                  Attorney for Movant
18 UNITED STATES OF AMERICA                HILTON OBRYON OSBY

19

20   I understand and acknowledge that the relief sought by way of this
21 stipulation, that is the reduction of my sentence on the drug count to
22 120 months, is the only relief I will receive as a result of this
23 motion, and that the separate and consecutive sentence of 60 months on
24 the gun count remains unaffected.  To the extent my motion filed on May
25 27, 2008, is construed as a separate challenge to my conviction and
26 sentence on the gun count, I hereby withdraw it.

27 Dated: September ___, 2008             *Hilton Obryon Osby* (signature)
28                                         HILTON OBRYON OSBY

STIPULATION AND ORDER TO REDUCE SENTENCE
-2-

ORDER

This matter came before the Court on the pro se motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed May 16, 2008.

On June 9, 2003, this Court sentenced Mr. Osby to a term of 121 months as to Count 2 and 60 months as to Count 9 to run consecutively to each other for a total term of 181 months. The parties agree, and the Court finds, that Mr. Osby is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 31 to 29, and that an appropriate sentence on Count 2 would be at the mandatory minimum of 120 months.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced as follows: a term of 120 months on Count 2 and 60 months as to Count 9 to run consecutive to each other, for a total term of 180 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Osby shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

Dated: October 16, 2008

HONORABLE FRANK C. DAMRELL
United States District Judge

STIPULATION AND ORDER TO REDUCE SENTENCE
-3-