# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **HILTON OBRYON OSBY** | ) Case No: 2:01-CR-0104 FCD |
| | ) USM No: 10747-097 |
| Date of Previous Judgment: June 9, 2003 | ) David Porter, AFD |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✔ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❏ DENIED.  ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __181__ months **is reduced to** __180 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures) As to Count 2:

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 120 to 121 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
✔ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):

**III. ADDITIONAL COMMENTS**
This sentence consists of 120 months on Count 2 and 60 months on Count 9, to run concurrently, for a total term of 180 months.

Except as provided above, all provisions of the judgment dated __June 9, 2003__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: October 16, 2008

Judge's signature

Effective Date: _____
(if different from order date)

Frank C. Damrell, Jr., United States District Judge
Printed name and title