# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Hilton Obryon Osby                **Docket Number:**   2:01CR00104-002

**Name of Judicial Officer**:   United States District Judge Kimberly J. Mueller

**Date of Original Sentence:**   6/9/2003

**Original Offense:** 21 U.S.C. § 841(a)(1) and 846 – Conspiracy to Distribute at Least 50 Grams of Cocaine Base (Count 2)  (CLASS A FELONY);   18 USC 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of Drug Trafficking Crimes (Count 9) (CLASS A FELONY).

**Original Sentence:** 121 months custody Bureau of Prisons as to Count 2 and 60 months custody Bureau of Prisons as to Count 9 to run consecutively to each other for a total term of 181 months; 60 months each as to Counts 2 and 9 to run concurrent to each other for a total term of 60 months Supervised Release; $200 special assessment; Mandatory drug testing; No firearms.

**Special Conditions:**

Warrantless Search
Drug/Alcohol Testing
Mental Health Treatment
Co-Payment for treatment or testing
Drug Offender Registration

**Type of Supervision:**   TSR

**Date Supervision to Commence:**          5/20/2014

**Other Court Actions:**

| | |
|---|---|
| 10/16/2008 | Modification of Imposed Term of Imprisonment for Retroactive Cocaine drug case.  181 months of BOP custody reduced to 180 months custody BOP. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in a residential re-entry center, for a period of up to 180 days; said placement shall commence as directed by the probation officer pursuant to the 18 USC 3563(b)(11).

**Justification:** Mr. Osby has been in federal custody since February 2001. He will release from federal custody on May 20, 2014. He is requesting to reside at a residential re-entry center for a period of up to 180 days. It is recommended he be allowed to reside in the residential re-entry for up to 180 days to allow him an opportunity to establish housing in the San Francisco area and continue to work at his current employment. He has signed a Waiver of Hearing to Modify Conditions of Supervised Release.

Respectfully submitted,
**/s/ Toni M. Ortiz**

**TONI M. ORTIZ**
**United States Probation Officer**
Telephone: (916) 751-3888

**DATED:** 5/9/2014

Reviewed by,
**/s/ Michael A. Sipe**

**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

DATED:  May 13, 2014.

_____
UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Samuel Wong

Defense Counsel: To be assigned