# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Hilton Obryon Osby            **Docket Number:**   2:01CR00104-002

**Name of Judicial Officer**:   United States District Judge Kimberly J. Mueller

**Date of Original Sentence:**   6/9/2003

**Original Offense:** 21 U.S.C. § 841(a)(1) and 846 – Conspiracy to Distribute at Least 50 Grams of Cocaine Base (Count 2) (CLASS A FELONY);   18 USC 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of Drug Trafficking Crimes (Count 9) (CLASS A FELONY).

**Original Sentence:** 121 months custody Bureau of Prisons as to Count 2 and 60 months custody Bureau of Prisons as to Count 9 to run consecutively to each other for a total term of 181 months; 60 months each as to Counts 2 and 9 to run concurrent to each other for a total term of 60 months Supervised Release; $200 special assessment; Mandatory drug testing; No firearms.

**Special Conditions:**

Warrantless Search
Drug/Alcohol Testing
Mental Health Treatment
Co-Payment for treatment or testing
Drug Offender Registration

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   5/20/2014

**Other Court Actions:**

| | |
|---|---|
| 10/16/2008 | Modification of Imposed Term of Imprisonment for Retroactive Cocaine drug case.  181 months of BOP custody reduced to 180 months custody BOP. |
| 05/13/2014 | Court granted requested modification of conditions to include up to 180 days Residential Reentry Center. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> **The defendant shall reside and participate in a residential re-entry center, for a period of up to 180 days; said placement shall commence as directed by the probation officer pursuant to the 18 USC 3563(b)(11).**

**Justification:** Prior to Mr. Osby's release from federal custody on May 20, 2011, the Court granted his request to modify his conditions to allow him to reside at a residential re-entry center (RRC) for up to 180 days. He has remained in the RRC to date. He is working two jobs and saving money to afford an apartment. He has remained compliant with his conditions. He is requesting up to an additional 180 days at the RRC to allow him further opportunity to save money and establish housing in the San Francisco area. It is recommended he be allowed to reside in the RRC for up to an additional 180 days. He has signed a Waiver of Hearing to Modify Conditions of Supervised Release.

Respectfully submitted,
**/s/ Toni M. Ortiz**

**TONI M. ORTIZ**
**United States Probation Officer**
Telephone: (916) 751-3888

**DATED:** 10/27/2014

Reviewed by,
**/s/ Michael A. Sipe**

**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time. Probation Officer to contact Court.

☐  Other

**DATED:**  October 28, 2014

_____
UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Samuel Wong

Defense Counsel: To be assigned